ALONZO CUSHMAN, assignee of John S. Kelso, *v.* OTTAVIANO GORI.

In an action to recover for services as broker, in selling land of defendant, it appeared that the purchaser saw the lot with the defendant's name posted upon it, and upon an adjoining lot the name of the plaintiff's assignor, who is a broker. He took down the address of both; and calling first upon the broker, the latter, without any authority, offered to sell him the lot in question. The broker subsequently procured authority from the wife of defendant to sell the lot for $5,000; but, before he had any further negotiation with the purchaser, the latter negotiated a purchase from the defendant himself at $4,500.

*Held*, that the broker had done nothing to entitle him to any commissions.

APPEAL by plaintiff from a judgment of the Third District Court. This action was brought to recover $100 for services alleged to have been rendered to defendant by the assignor of the plaintiff, as a broker, in negotiating the sale of a lot of land in New York city, owned by defendant, to one Kerr. The evidence in the cause is sufficiently stated in the opinion of the court. The justice rendered judgment against the claim, and the plaintiff appealed.

*Justus Palmer*, for the appellant.

*S. W. & R. B. Roosevelt*, for the respondent.

DALY, J.—The amended return presents a state of facts which would warrant the justice in concluding that Kelso had nothing to do with effecting the sale of the lot to Kerr. Kerr saw the lot in question with Gori's name and address on it, which he took down, intending to see Gori about it. He at the same time saw other lots, one of which adjoined the lot in question, which had Kelso's address on them, which he took down, intending to see him also. He called on Kelso first, and Kelso, who then had no authority, offered to sell the lot in question for $5,000; but Kerr made him no offer, intending to see Gori. Some

months afterwards Kelso called on Mrs. Gori, and was told that Gori would sell the lot, and that the price was $5,000. Kelso offered, if she would agree to give him $100, to sell the lot, which she agreed to do. He never saw Kerr after that. But Kerr called on Mrs. Gori, learned who was the owner of the lot, and bought it from him for $4,500. It is plain upon such a state of facts, that Kelso had nothing to do with effecting the sale of the lot, and the justice, upon the evidence, was right in so concluding.

Judgment affirmed.